FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS / TRAVIS COUNTY

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

JAN 2 9 2025

CHRISTOPHER A. PRINE
CLERK

Armando Ramos,        §

    Appellant, §

v. §

Marvin Dunbar et al., §

    Defendants. §

Court of Appeals No.
15-24-00019-CV

FILED

January 29, 2025

Fifteenth Court of Appeals
Christopher A. Prine
Clerk of Court

### APPELLANTS MOTION FOR EXTENSION OF TIME

Comes Now, ARMANDO RAMOS, APPELLANT, and files this motion for extension of time pursuant to TRAP 49.5, as Appellant will prepare a motion for re-hearing and/or En Banc Reconsideration.

### compliance with trap 10.5 (b)

1. This Court issued their opinion on 01/14/25.
2. Deadline for filing motion for re-hearing is 01/29/25.
3. On 01/22/25 Appellant recieved a letter from the Court Clerk notifying the Court affirming the above cause number.
4. Today on 01/22/25 Appellant wrote Court Clerk requesting the Courts opinion.
5. Appellant has not previously requested an extension of time.
6. Appellant seeks a 30 day extension in order to recieve the Courts opinion and Appellant only has two hours a day to attend the law library.
7. Extension request is until 02/28/25, so Appellant can properly prepare said motion.

### PRAYER

Appellant prays this Honorable Court grant the requestedextension of time until 02/28/25 to prepare said motion, or until the Court deems appropriate.

Executed on the 22nd of January, 2025.

Armando ramos # 544522
Pack Unit
2400 Wallace Pack Rd
Navasota, Tx 77868

Page 1 of 2

# UNSWORN DECLARATION

I, Armando Ramos TDCJ # 544522, DOB 10/16/56 being presently incarcerated in Grimes County, Pack Unit, 2400 Wallace Pack Rd, have personal knowledge and declare under penalty of perjury that the foregoing is true and correct.

Armando Ramos # 544522
Pack Unit
2400 Wallace Pack Rd
Navasota, Tx 77868

Fifteenth Court of Appeals
P.O. Box 12852
Austin, Tx 78711

01/22/25

Armando ramos # 544522
Pack Unit
2400 Wallace Pack Rd
Navasota, Tx 77868

RE: Cause # 15-24-00019-CV
    Extension of time motion

Dear Court Clerk:
    Enclosed please find my motion for extension of time to file a motion for re hearing or en banc reconsideration.

    Please ensure that it is properly filed before the Court.
Thank you..

Respectfully,

Armando Ramos

cc:file

Name: Armando Ramos

TDCJ No.: 544522
WALLACE PACK UNIT
2400 Wallace Pack Rd

Navasota, Tx 77868

HOUSTON TX RPDC 773

24 JAN 2025 PM 2 L

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

JAN 2 9 2025

CHRISTOPHER A. PRINE
CLERK

Fifteenth Court of Appeals

ATTN: Court Clerk

P.O. Box 12852

Austin, Tx 78711

78711-285252